Mar 06 2020

# ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the Facebook UserID

**james.barber.52056**

that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

3:20-mj-00102-MMS